UNITED STATES DISTICT JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLEY R. POPP,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration,

      Defendant.

No. C04-836-RSM

AMENDED ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney's Anne Kysar and Croil Anderson of Schroeter, Goldmark & Bender are awarded a gross attorney's fee of $9,485.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA Award of $1,945.58. Since the balance available for § 406(b) fees is $7,539.92, Plaintiff's attorney's are awarded the net sum of $7539.92. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney's herein, Social Security is directed to send to Plaintiff's attorney's the net balance of $7,539.92, minus any applicable processing fees as allowed by statute.

DATED this __11____ day of April, 2006.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 1
(C04-836-RSM)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1  PRESENTED BY:

2  SCHROETER, GOLDMARK & BENDER

3
   s/ANNE KYSAR
4  Anne Kysar, WSBA # 28351
   Attorney for Plaintiff
5  Schroeter Goldmark & Bender
   810 Third Avenue, Suite 500
6  Seattle, WA 98104
   Phone: (206) 622-8000
7  Fax: (206) 682-2305

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C § 406(b) - 2
(C04-836-RSM)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000